## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:14CR378** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **FRANCISCO R. DELRIO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to continue by defendant Francisco R. Delrio (Delrio) (Filing No. 26).  Delrio seeks a continuance of the trial of this matter which is scheduled for July 20, 2015.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.      Delrio's motion to continue trial (Filing No. 26) is granted.

2.      Trial of this matter is re-scheduled for **August 24, 2015,** before Senior Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 17, 2015, and August 24, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 17th day of July, 2015.

BY THE COURT:
s/ Thomas D. Thalken

United States Magistrate Judge