UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
PLAINTIFF,

v.                     CASE NO. 8:14CR378-001

Francisco Delrio,
Defendant,

PETITIONER'S REQUEST FOR DOCUMENTS
IN ORDER TO TIMELY FILE MOTION
IN LIGHT OF JOHNSON V. UNITED STATES, NO.13-7120 (2015)
AND WELCH V. UNITED STATES, NO. 15-6418 (2016)

Comes now, Francisco Delrio, pro se, hereinafter "Petitioner" requesting from this Honorable Court certain documents in order to timely file motion(s) that will be forthcoming. The documents that Petitioner request are listed as follows:

- Copy of recent Dkt. Sheet
- Copy of sentencing transcript
- Copy of Indictment
- Copy of plea agreement
- Copy of judgment
- Copy of change of plea hearing transcript (if applicable)

I truly wish to thank this Honorable Court in helping me resolve this matter.

Respectfully submitted,

Francisco Delrio

RECEIVED

MAY 9 - 2016

CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing request was served upon the Clerk of Court address listed below, and deposited a copy of said document in F.C.C. Forrest City-Medium mail, located in one of the several states in the union with proper postage affixed this 6th day of May, 2016.

_____

Francisco Delrio
Reg. No. 19679-047
FCC Forrest City-Medium
P.O. Box 3000
Forrest City, Arkansas 72336-3000


Clerk of Court
Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 1152
Omaha, Nebraska 68102

NAME Francisco Delrio
REG# 19679-047
Federal Correctional Complex-Med
P.O. Box 3000-Medium
Forrest City AR 72336



MEMPHIS TN 380

06 MAY 2016 PM 1 L

RECEIVED

MAY 9 - 2016

CLERK
U.S. DISTRICT COURT

Clerk of Court
Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 1152
Omaha, Nebraska 68102

68102-132277

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**M. Therese Bollerup**
Chief Deputy Clerk

May 10, 2016

Francisco Delrio, #19679-047
FCI-FORREST CITY MEDIUM
Inmate Mail/Parcels
P.O. Box 3000
Forrest City AR 72336

Re:  Request for Copies

Dear Mr. Delrio:

Auditing requires that we receive payment before shipment of copies. Photocopies are $.50 per page.  Below is a breakdown of the document charges for the items you requested:

| | |
|---|---|
| Docket Sheet – 9 pages | $ 4.50 |
| Indictment – 1 page | .50 |
| Plea Agreement – 8 pages | 4.00 |
| Judgment – 7 pages | 3.50 |
| **TOTAL** | **$12.50** |

Transcripts do not exist for the sentencing or the change of plea hearing. If you want to have them transcribed, please complete the enclosed form and you will be contacted regarding payment of the same.

Sincerely,

Deputy Clerk