IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR378 |
| vs. | |
| FRANCISCO R. DELRIO, | ORDER |
| Defendant. | |

This matter is before the court on defendant's Motion to Dismiss his Motion to Vacate or Correct Sentence Under 28 U.S.C. § 2255, Filing No. 52. The defendant also submitted a Consent to Voluntary Dismissal, Filing No. 53. The motion will be granted.

IT IS ORDERED THAT:

1.  The defendant's Motion to Dismiss his Motion to Vacate or Correct Sentence Under 28 U.S.C. § 2255, Filing No. 52, is granted.

2.  The Motion to Vacate or Correct Sentence Under 28 U.S.C. § 2255, Filing No. 44, is dismissed.

3.  The hearing regarding the Motion to Vacate or Correct Sentence Under 28 U.S.C. § 2255 currently scheduled for April 3, 2017 is cancelled.

Dated this 22nd day of March, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge